UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                 :
UNITED STATES OF AMERICA,           :
                                                 :
                                                 :
                      -v-                         :          1:24-cr-177-GHW
                                                 :
EDWARD EUSTATE JIMENEZ, and     :          ORDER
WILLIANYI ALMANZAR POLANCO,     :
                                                 :
                                   Defendants. :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2024

GREGORY H. WOODS, United States District Judge:

        A proceeding is scheduled in this matter for April 4, 2024, at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

        SO ORDERED.

Dated: March 28, 2024
New York, New York

                                                           _____
                                                                GREGORY H. WOODS
                                                              United States District Judge