```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                 :

UNITED STATES OF AMERICA,                :

              -v-                                          :                1:24-cr-177-GHW

EDWARD EUSTATE JIMENEZ and           :                <u>ORDER</u>
WILLIANYI ALMANZAR POLANCO,          :

                             Defendants.   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the defendant, EDWARD EUSTATE JIMENEZ, by and through his attorney, DAVID TOUGER, and with the consent of WILLIANYI ALMANZAR POLANCO, by and through his attorney, LISA SCOLARI, and the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, ADAM SOWLATI and CHELSEA SCISM, Assistant United States Attorneys, of counsel, it is hereby ORDERED that the status conference in this case is continued from September 16, 2024 to November 1, 2024 at 11:00 a.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because permit the defendant and his counsel to receive and review discovery and continue plea negotiations. Accordingly, it is further ORDERED that the time from the date of this order through November 1, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 19.

      SO ORDERED.

Dated: September 11, 2024
New York, New York

                                                                           _____
                                                                             GREGORY H. WOODS
                                                                        United States District Judge